UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| MICHELLE MCNEIL | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 3:17-cv-00171-WHR |
| SYNCHRONY BANK, | )<br>) |
| Defendant. | )<br>) |

**ORDER GRANTING DEFENDANT SYNCHRONY BANK'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to the Motion of Defendant Synchrony Bank ("Synchrony") for an extension of time, the Court now finds that the request to allow Synchrony until Friday, July 7, 2017 to answer or otherwise respond to Plaintiff's Complaint should be GRANTED. The Court makes the following order:

1. Defendant Synchrony Bank shall have to and including Friday, July 7, 2017, to answer or otherwise respond to Plaintiff's Complaint.

Dated: June 6Th, 2017

_____
JUDGE, United States District Court,
Southern District Ohio

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing electronically and the foregoing is available for viewing and downloading via the Court's Electronic Case Filing System (ECF) and was thereby served upon all counsel of record.

/s/ Jeremy R. Teaberry
Jeremy R. Teaberry (SBN 0082870)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Defendant Synchrony Bank*