IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

MICHELLE McNEIL,

    Plaintiff,

-vs-

SYNCHRONY BANK,

    Defendant.

_____/

No. 3:-17-cv-171-WHR

HON. WALTER H. RICE

## ORDER

Upon review, it is hereby

ORDERED:

The Parties' Joint Motion To Arbitrate Claims And Stay Matter Pending The Outcome Of Arbitration is GRANTED. This case is STAYED pending the completion of arbitration in accordance with the Parties' agreement. The Clerk shall administratively close the file, which is subject to reopening upon motion by any party.

DONE AND ORDERED this 10th day of August, 2017.

Hon. Walter H. Rice
United States District Judge